**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16CR04571-001 JCH |
| GUY ROSENSCHEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

NOTICE IS GIVEN that Defendant Guy Rosenschein appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment in a Criminal Case entered in this action on February 2, 2023 [Doc. 362] in order to review the following Orders:

a. the District Court's February 25, 2021, Memorandum Opinion and Order [Doc. 322], denying Defendant's motion to suppress evidence pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) [Docs. 71, 77, 254];

b. the District Court's November 12, 2020, Memorandum Opinion and Order [Doc. 319], denying Defendant's motion to suppress evidence pursuant to *United States v. Ackerman*, 831 F.3d 1292 (10th Cir. 2016) [Docs. 77, 269];

c. the District Court's November 12, 2020, Memorandum Opinion and Order [Doc. 319 at 29] and verbal order (Tr. Jul. 29, 2020), denying Defendant's motion to dismiss, or in the alternative, to compel [Doc. 277];

d. the District Court's July 15, 2020, Memorandum Opinion and Order [Doc. 281], denying Defendant's motion to compel discovery [Doc. 216]; and

e. the District Court's July 1, 2020, Memorandum Opinion and Order (Doc. 260), denying Defendant's motion for expert reports [Doc. 212].

Respectfully submitted,

ROTHSTEIN DONATELLI LLP

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443
mlowry@rothsteinlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of February, 2023, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiffs and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Marc M. Lowry*
ROTHSTEIN DONATELLI LLP